UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHAUNCEY PHILLIPS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:18-cv-49 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| RAMOZ TOWING, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters. This judgment closes the case and constitutes a final order. Under Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, any notice of appeal must be filed within 30 days.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 8, 2018                                  /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge